**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6684**

_____

MCKINDLEY TRAVIS,

                    Plaintiff – Appellant,

        v.

W. ALLAN SHARRATT, Judge,

                    Respondent – Appellee,

PATRICIA WATSON, Commonwealth Attorney; NELSON FISHER,
Commonwealth Attorney; JERRY E. WALDROP, Public Defender,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T.S. Ellis III, Senior
District Judge. (1:11-cv-00039-TSE-JFA)

_____

Submitted:  August 18, 2011          Decided:  August 23, 2011

_____

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

McKindley Travis, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

McKindley Travis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Travis v. Sharratt, No. 1:11-cv-00039-TSE-JFA (E.D. Va. filed May 3, 2011 & entered May 5, 2011). We deny Travis's motions to amend his notice of appeal and his informal opening brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED